ACCEPTED
15-25-00036-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/17/2025 10:37 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00036-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/17/2025 10:37:07 AM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
Fifteenth Court of Appeals District

**JORGE R. GUEVARA, M.D.,**
*Appellant*

*v.*

**TEXAS MEDICAL BOARD,**
*Appellee*

On Appeal from Cause No. D-1-GN-23-007371
In the 353rd Judicial District Court, Travis County
The Honorable Sherine Thomas, Judge Presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S REPLY BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellant respectfully files this unopposed motion for an 18-day extension of time to file his reply brief.

Appellants' brief is currently due October 20, 2025. Appellant requests an 18-day extension of time to file his brief—until **November 7, 2025**. This is

Appellant's first request for an extension of time to file his reply brief, and Appellee is unopposed.

Good cause supports an 18-day extension. Appellant's counsel has preexisting deadlines and commitments that have necessitated this motion, including:

- Petitioner's lead merits brief due in *Champion Food Service, Inc., et al. v. ProAlamo Foods, LLC, et al.*, Cause No. 25-0297 in the Supreme Court of Texas (October 6, 2025);

- Response to motion to dismiss due in *AGEX Trade, LLC v. Power, et al.*, Cause No. 1:25-CV-01346-RP in the U.S. District Court for the Western District of Texas (October 9, 2025); and

- Appellant's reply brief due in *Davenport, et al. v. EOG Resources, Inc.*, Cause No. 04-25-00062-CV in the Fourth Court of Appeals (October 15, 2025).

Neither the parties nor the Court will be prejudiced by the granting of this motion. This extension is not sought for delay but to allow Appellant's counsel an adequate opportunity to prepare the reply brief.

## Prayer

For these reasons, Appellant respectfully asks the Court to grant an 18-day extension of time—until **November 7, 2025**—to file his reply brief.

Dated: October 17, 2025.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/Hayley Ellison*
Hayley Ellison
State Bar No. 24074175
E-mail: *hellison@dslawpc.com*
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Attorneys for Appellant***

**Certificate of Conference**

Pursuant to Texas Rule of Appellate Procedure 10.1, I certify that I conferred with counsel for Appellee, who confirmed Appellee is unopposed to the relief sought in this motion.

/s/ Hayley Ellison
Hayley Ellison


**Certificate of Service**

Pursuant to Texas Rule of Appellate Procedure 9.5, I certify that on October 17, 2025, I served a true and correct copy of this document on the following parties and counsel of record via the e-file system:

Kathy Johnson
Ted A. Ross
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*Attorneys for Appellee*
*Texas Medical Board*

/s/ Hayley Ellison
Hayley Ellison

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Devin Rivera-Duque on behalf of Hayley Ellison
Bar No. 24074175
drivera-duque@dslawpc.com
Envelope ID: 106972003
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Appellant's Reply Brief
Status as of 10/17/2025 10:42 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason M.Davis | | jdavis@dslawpc.com | 10/17/2025 10:37:07 AM | SENT |
| Ted Ross | 24008890 | Ted.Ross@oag.texas.gov | 10/17/2025 10:37:07 AM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 10/17/2025 10:37:07 AM | SENT |
| Hayley Ellison | | Hellison@dslawpc.com | 10/17/2025 10:37:07 AM | SENT |
| Katherine Johnson | 24126964 | kathy.johnson@oag.texas.gov | 10/17/2025 10:37:07 AM | SENT |